# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Grewal, Paul S. | District Court- Northern District of California | 5/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Robert F. Peckham Federal Building
280 S. 1st Street
San Jose, CA 95113

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grewal, Paul S. | 5/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Twilio, Inc. -- salary |
| 2. 2014 | Consulting |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | North American South Asian Law Students Association | 2/28-3/02-2014 | Los Angeles, CA | Speech | Lodging, transport and food |
| 2. | Delaware Federal Bar Association | 5/12-5/14/2014 | Wilimington, DE | CLE- teach | Lodging, transport and food |
| 3. | University of Washington | 5/19-5/25/2014 | Shanghai, China | CLE- teach | Lodging, transport and food |
| 4. | San Franscisco Intellectual Property Law Association | 6/6-6/8/2014 | Healdsberg, CA | CLE- teach | Lodging, transport and food |
| 5. | South Asian Bar Association of North America | 6/20-6/21/2014 | Chicago, IL | CLE- teach | Lodging, tranport and food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grewal, Paul S.** | 5/15/2015 |

| # | | | | |
|---|---|---|---|---|
| 6. | University of Washington | 7/25-7/26/2014 | Seattle, WA | CLE- teach | Lodging, transport and food |
| 7. | Conference on Preservation Excellence | 9/10-9/11/2014 | Portland, OR | CLE- teach | Lodging, transport and food |
| 8. | Momentum | 9/15-9/16/2014 | Chicago, IL | CLE- teach | Lodging, transport and food |
| 9. | Federal Circuit Bar Association | 10/6-10/7/2014 | Washington, DC | CLE- teach | Lodging, transport and food |
| 10. | State Bar of California | 11/7/2014 | Anaheim, CA | Speech | Transport and food |
| 11. | Duke University | 11/12-11/14/2014 | Washington, DC | CLE- teach | Lodging, transport and food |
| 12. | Georgetown University | 11/19-11/21/2014 | Washington, DC | CLE- teach | Lodging, transport and food |
| 13. | Berkeley Center for Law and Technology | 12/11/2014 | East Palo Alto, CA | CLE- teach | Transport |

| Name of Person Reporting | Date of Report |
|---|---|
| Grewal, Paul S. | 5/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Inn of Court | Membership (dues, like privileges) | $400.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grewal, Paul S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | | | | | | | | | |
| 2. - American Century Income & Growth | B | Int./Div. | L | T | | | | | |
| 3. - TD Ameritrade (Y) | | | | | | | | | |
| 4. - TD Ameritrade (Money Market Account) | A | Int./Div. | K | T | | | | | |
| 5. - T. Rowe Price New Asia | A | Int./Div. | K | T | | | | | |
| 6. - ETrade (Deposit Account) | B | Int./Div. | M | T | | | | | |
| 7. - Symantec Corporation | B | Dividend | K | T | | | | | |
| 8. - ING Direct | A | Interest | M | T | | | | | |
| 9. First Tech Federal Credit Union (Deposit Accounts) | B | Interest | N | T | | | | | |
| 10. 401(K) #1 | | | | | | | | | |
| 11. - Metropolitan West Total Return Fund | | None | M | T | | | | | |
| 12. - MFS Blended Research U.S. Core Equity | | None | M | T | | | | | |
| 13. - Vanguard Insitutional Index Instl | | None | K | T | | | | | |
| 14. - Vanguard International Growth Adm | | None | K | T | | | | | |
| 15. - Vanguard Small Cap Index Instl | | None | K | T | | | | | |
| 16. - Dodge & Cox International Stock | | None | K | T | | | | | |
| 17. - Vanguard MidCap Index Ins | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grewal, Paul S. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #1 | | | | | | | | | |
| 19. - Fidelity Freedom 2035 | | None | O | T | | | | | |
| 20. - Fidelity Total Mkt Index Investor Class | | None | K | T | | | | | |
| 21. Fidelity Scholarshare CA Portfolio 2024 | | None | L | T | | | | | |
| 22. T. Rowe Portfolio 2018 | | None | M | T | | | | | |
| 23. Hewlett-Packard Company | A | Dividend | K | T | | | | | |
| 24. IRA #2 | | | | | | | | | |
| 25. - Old Mutual Strategic Small Company Fund Cl Z | | None | J | T | | | | | |
| 26. Agilent Technologies (See VIII) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grewal, Paul S. | 5/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII.  INVESTMENTS and TRUSTS

| Name of Person Reporting | Date of Report |
|---|---|
| Grewal, Paul S. | 5/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul S. Grewal**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544